IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOUSING AUTHORITY RISK RETENTION GROUP, INC, | CV 25-23-M-KLD |
| Plaintiff, | |
| | ORDER |
| vs. | |
| WHITEFISH HOUSING AUTHORITY and LORI COLLINS, | |
| Defendants. | |

Plaintiff moves for the admission of Sarah Hamel-Davis to practice before this Court with Morgan M. Weber and M. Christy S. McCann to act as local counsel. (Doc. 5).

Pro hac vice admission is governed by D. Mont. L.R. 83.1(d), which provides in part that the attorney seeking *pro hac vice* admission must file an affidavit attesting to various items enumerated at L.R. 83.1(d)(3). While Plaintiff's motion references an affidavit attached to the motion as Exhibit A, the contents of that attachment appear to be a duplicate of the motion, rather than the required affidavit. (Doc. 5-1).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Ms. Hamel-Davis pro hac vice is DENIED without prejudice. Plaintiff may

resubmit its motion, provided it is accompanied by an affidavit that complies in full with L.R. 83.1(d)(3).

DATED this 26th day of February, 2025.

Kathleen L. DeSoto
United States Magistrate Judge