IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOUSING AUTHORITY RISK RETENTION GROUP, INC, <br><br> Plaintiff, <br><br> vs. <br><br> WHITEFISH HOUSING AUTHORITY and LORI COLLINS, <br><br> Defendants. | CV 25-23-M-KLD <br><br> ORDER |

Plaintiff moves for the admission of Sarah Hamel-Davis to practice before this Court in this case with Morgan M. Weber and M. Christy S. McCann to act as local counsel. (Doc. 9). Ms. Hamel-Davis' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Sarah Hamel-Davis pro hac vice is GRANTED on the condition that Ms. Hamel-Davis shall do her own work. This means that Ms. Hamel-Davis must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Hamel-Davis, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 27th day of February, 2025.

Kathleen L. DeSoto
United States Magistrate Judge