IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOUSING AUTHORITY RISK RETENTION GROUP, INC., | CV 25-23-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| WHITEFISH HOUSING AUTHORITY and LORI COLLINS, | |
| Defendants. | |
| | |
| LORI COLLINS, | |
| Counter-Claimant, | |
| vs. | |
| HOUSING AUTHORITY RISK RETENTION GROUP, INC., | |
| Counter-Defendant. | |

| |
|---|
| WHITEFISH HOUSING AUTHORITY, <br><br>    Counter-Claimant, <br><br> vs. <br><br> HOUSING AUTHORITY RISK RETENTION GROUP, INC.., <br><br>    Counter-Defendant. |

Defendant and Counter-Claimant Whitefish Housing Authority has filed an unopposed motion requesting leave for co-counsel to appear at the preliminary pretrial conference scheduled for June 17, 2025. (Doc. 24). Accordingly,

IT IS ORDERED that Logan Nutzman, co-counsel for Whitefish Housing Authority, shall appear at the preliminary pretrial conference with full authority to enter stipulations on behalf of Whitefish Housing Authority.

DATED this 12th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge