IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOUSING AUTHORITY RISK RETENTION GROUP, INC., | CV 25-23-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| WHITEFISH HOUSING AUTHORITY and LORI COLLINS, | |
| Defendants. | |
| LORI COLLINS, | |
| Counter-Claimant, | |
| vs. | |
| HOUSING AUTHORITY RISK RETENTION GROUP, INC., | |
| Counter-Defendant. | |

| |
|---|
| WHITEFISH HOUSING AUTHORITY,<br><br>      Counter-Claimant,<br><br>vs.<br><br>HOUSING AUTHORITY RISK RETENTION GROUP, INC..,<br><br>      Counter-Defendant. |

      Plaintiff and Counter-Defendant Housing Authority Risk Retention Group, Inc. ("HARRG") moves for the admission of Samuel Bazian to practice before this Court in this case with Morgan M. Weber and M. Christy S. McCann to act as local counsel. Mr. Bazian's application appears to be in order.

      Accordingly, IT IS HEREBY ORDERED that HARRG's motion to admit Samuel Bazian pro hac vice is GRANTED on the condition that Mr. Bazian shall do his own work. This means that Mr. Bazian must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

      IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bazian, within fifteen (15) days of the date of this Order, files a pleading

acknowledging his admission under the terms set forth above.

DATED this 9th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge